NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**JOHN W. ARMSTRONG, JR.,**
*Appellant*

**v.**

**INTERNAL REVENUE SERVICE,**
*Appellee*

———————————

2025-2087

———————————

Appeal from the Commissioner of Internal Revenue in No. 8107268.

———————————

**O R D E R**

Pursuant to the Order at ECF No. 7,

IT IS ORDERED THAT:

2                                                ARMSTRONG v. IRS

This case and all its filings are transferred to the United
States Court of Federal Claims.

FOR THE COURT

January 7, 2026
Date

Jarrett B. Perlow
Clerk of Court